FILED

2019 JUL 12 PM 2: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR 19-00406-PSG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1703(a): Delay and Destruction of Mail by Postal Service Employee Without Lawful Authority] |
| DERRICK STROUB, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1703(a)]

On or about September 22, 2016, in San Luis Obispo County, within the Central District of California, defendant DERRICK STROUB, an employee of the United States Postal Service, unlawfully secreted, destroyed, detained, and delayed mail entrusted to him, which came into his possession and was intended to be conveyed by the United States mail, namely, approximately 220 election guides and

///

///

approximately 250 political mailers that were addressed to United States Postal Service mail recipients on mail routes to which defendant STROUB was assigned to deliver mail.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

AGUSTIN D. OROZCO
Assistant United States Attorney
Public Corruption and Civil
Rights Section